No. 03–1202. HEWLETT-PACKARD COMPANY EMPLOYEE BENE-
FITS ORGANIZATION INCOME PROTECTION PLAN *v.* JEBIAN. C. A.
9th Cir. Certiorari denied.

No. 04–31. MCFARLING *v.* MONSANTO CO. C. A. Fed. Cir.
Certiorari denied.

No. 04–165. COMSTOCK RESOURCES, INC., ET AL. *v.* KENNARD
ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–983. ARPAIO, SHERIFF, MARICOPA COUNTY, ARIZONA *v.*
DEMERY ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1252. AMERICAN PELAGIC FISHING CO., L. P. *v.*
UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–1291. EL-SHIFA PHARMACEUTICAL INDUSTRIES CO.
ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–1297. VERANDA BEACH, LLC *v.* RLI INSURANCE CO.
C. A. 5th Cir. Certiorari denied.

No. 04–1314. OLSON *v.* TEAMSTERS LOCAL NO. 70, BROTHER-
HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELP-
ERS OF AMERICA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1363. UNITED STATES EX REL. GRYNBERG *v.* PRAXAIR,
INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1372. SICROFF *v.* JETT. C. A. 9th Cir. Certiorari de-
nied.

No. 04–1419. COGGER ET UX. *v.* BECKER COUNTY, MINNESOTA.
Sup. Ct. Minn. Certiorari denied.

No. 04–1426. BAUR *v.* PENNSYLVANIA STATE CIVIL SERVICE
COMMISSION (DEPARTMENT OF LABOR AND INDUSTRY). Commw.
Ct. Pa. Certiorari denied.